## MOTION DOCKET

**98–81. Cappara v. Schibley.**
Cuyahoga App. Nos. 71070, 71368 and 71399. On motion to strike portion of reply brief. Motion denied.

**98–1074. State v. Jalowiec.**
Lorain App. No. 96CA006445. On motion to strike appellant's merit brief. Motion denied; *sua sponte*, appellee granted leave to file within fourteen days.

**98–1735. State v. O'Neal.**
Hamilton App. No. C–960392. On request for oral argument. Request denied.

**98–1879. Agley v. Tracy.**
Board of Tax Appeals, No. 96–R–302. On motion for admission *pro hac vice* of George M. Malis and Erich J. D'Andrea. Motion granted.

**98–1880. Agley v. Tracy.**
Board of Tax Appeals, No. 96–R–301. On motion for admission *pro hac vice* of George M. Malis and Erich J. D'Andrea. Motion granted.

**98–1881. Timmis v. Tracy.**
Board of Tax Appeals, No. 96–R–303. On motion for admission *pro hac vice* of George M. Malis and Erich J. D'Andrea. Motion granted.

**98–2067. State v. Saylor.**
Butler App. No. CA98–03–053. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte*, cause held for the decision in 97–2730, *State v. Smith*, Butler App. No. CA97–01–011; briefing schedule stayed and cause consolidated with 98–2066, *infra*.
    F.E. SWEENEY and COOK, JJ., dissent.

**98–2285. State ex rel. White v. Goldsberry.**
Athens App. No. 98CA38. On motion to consolidate case with 98–2290, *State ex rel. White v. Goldsberry*, Athens App. No. 98CA38. Motion denied.

**98–2342. State v. Salinas.**
Lake App. No. 96–L–146. On motion for leave to file delayed appeal. Motion denied.